## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

CONTINENTAL CAFÉ, LLC, d/b/a
CONTINENTAL CANTEEN, d/b/a
CONTINENTAL SERVICES,

     Plaintiff,

v.

AVANTI MARKETS, INC., and
INGENICO GROUP,

     Defendants.

Case No. 2:19-CV-11283-GCS-DRG
Honorable Stephanie Dawkins Davis
Magistrate Judge David R. Grand

---

### STIPULATED ORDER OF DISMISSAL
### AS TO DEFENDANT AVANTI MARKETS, INC.

This matter having come before the Court upon the stipulation of the parties,
and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed as to Defendant
Avanti Markets, Inc., the only remaining Defendant in this case, with prejudice and
with each party to bear its own fees and costs.  This is a final order and closes the
case.

    **IT IS SO ORDERED**.

Dated: May 19, 2020          s/Stephanie Dawkins Davis
                                Hon. Stephanie Dawkins Davis
                                United States District Judge

Approved as to Form and Substance
Notice of Entry Waived:

*/s/ Miles T. Macik*
Miles T. Macik
450 W. Fourth St.
Royal Oak, Michigan 48067
(248) 723-0467
MMacik@HowardandHoward.com
*Attorneys for Plaintiff Continental*

Dated:  May 15, 2020


*/s/ Ashley Eckerly*
Ashley Eckerly
400 Renaissance Center, Ste. 2600
Detroit, Michigan 48243
(313) 980-6775
aeckerly@grsm.com
*Attorneys for Defendant Avanti*

Dated:  May 15, 2020

4844-6739-2444, v. 1